AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

West Edna Associates, Ltd.

              Plaintiff,

v.

Twin City Fire Insurance Company, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-00607-GMN-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff.

04/07/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ Y. Williams  
Deputy Clerk